JOSH COLE AICKLEN
Nevada Bar No. 007254
E-Mail: Josh.Aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
E-Mail: Stephen.Titzer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
STEPHEN ANTHONY LATTIMER and
STURGEON ELECTRIC COMPANY, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA CHERRY EDWARDS, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN ANTHONY LATTIMER, Individually; STURGEON ELECTRIC COMPANY, INC., a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through XX, inclusive, <br><br> Defendants. | CASE NO.: 2:18-cv-01072-JCM-NJK <br><br> [PROPOSED] STIPULATION TO ENLARGE DISCOVERY PLAN AND SCHEDULING ORDER <br> (FIRST REQUEST) |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case over ninety (90) days, including April 15, 2019, to complete a FRCP medical exam. In addition, the parties request that the dispositive motions and pretrial order deadlines be extended as outlined herein. In support of this Stipulation and Request, the parties state as follows:

### STATEMENT SPECIFYING DISCOVERY COMPLETED

Plaintiff served Defendants with medical records.

Defendants served their initial disclosures.

4849-8096-4977.1

Defendants served written discovery.

Defendants requested a FRCP Rule 35 medical exam.

## DISCOVERY REMAINING

1. The parties will complete all written discovery.

2. The Plaintiff will take the deposition of the Defendants.

3. The Defendants will retain a medical expert to conduct a FRCP Rule 35 medical examination for any part in controversy.

3. The Defendants will take the deposition of the Plaintiff to coincide with her FRCP Rule 35 medical examination.

3. The parties will take the depositions of any and all other witnesses garnered through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

Recently counsel have met and conferred regarding the Defendants' request for an extension of time to complete the FRCP 35 medical exam of Plaintiff. Defense counsel cannot schedule and complete the exam until after the current deadline to disclose initial experts (October 15, 2018), as the doctor's office needed more dates and times to conduct the examination and complete the report sometime after December, 2018. Bradley S. Mainor, Esq., Plaintiff's counsel, has agreed to extend the deadlines to complete the exam due to the doctor's limited availability, and then complete the Plaintiff's deposition to coincide with the examination. This will save time, costs and judicial resources, and allow Plaintiff to provide her records before the exam.

The parties have been compiling documents and investigating the instant action. The parties are actively engaged in written discovery and will proceed with any remaining case depositions. The parties jointly request the Court to approve the foregoing First Extension to the Stipulated Discovery Plan and Scheduling Order as follows:

Extension or Modification of The Discovery Plan and Scheduling Order.

LR 26-4 governs modifications or extension of this discovery plan and scheduling order. Any stipulation or motion must be made no later than twenty-one (21) days before the expiration of the subject deadline, and comply fully with LR 26-4.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines.

PROPOSED SCHEDULE FOR COMPLETING DISCOVERY

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | December 14, 2018 | ~~April 15, 2019~~ March 14, 2019 |
| Amendment to Pleadings | ~~October 15, 2018~~ September 14, 2018 | ~~February 15, 2019~~ December 13, 2018 |
| Interim Status Report | October 15, 2018 | ~~February 15, 2019~~ January 14, 2019 |
| Expert Disclosure pursuant to Fed R. Civ. P. 26 (a)(2) | October 15, 2018 | ~~February 15, 2019~~ January 14, 2019 |
| Rebuttal Expert Disclosure pursuant to Fed. R. Civ. P. 26(a)(2) | November 14, 2018 | ~~March 15, 2019~~ February 12, 2019 |
| Dispositive Motions | January 14, 2019 | ~~May 15, 2019~~ April 15, 2019 |
| Joint Pretrial Order | February 13, 2019 | ~~June 17, 2019~~ May 14, 2019 |

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery in this multi-party case and adequately prepare their respective cases for trial.

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the short extension.

WHEREFORE, the parties respectfully request that this Court extend the discovery period from the current deadline up to and including April 15, 2019 and the other discovery dates as outlined above, as the Rule 35 medical exam, expert report and depositions cannot be completed within the current discovery deadlines.

Respectfully Submitted,

DATED: August 29, 2018.

MAINOR WIRTH, LLP

By  /s/ Bradley S. Mainor
BRADLEY S. MAINOR
Nevada Bar No. 007434
JOSEPH J. WIRTH
Nevada Bar No. 010280
6018 S. Fort Apache Road, Suite 150
Las Vegas, NV 89148
Attorneys for Plaintiff
BRENDA CHERRY EDWARDS

DATED: August 29, 2018.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By  /s/ Josh Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants
STEPHEN ANTHONY LATTIMER and
STURGEON ELECTRIC COMPANY, INC.

## ORDER

"IT IS SO ORDERED.

DATED: August 30, 2018

_____
UNITED STATES MAGISTRATE JUDGE

4849-8096-4977.1

4