BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
brad@mwinjury.com
joe@mwinjury.com
ash@mwinjury.com
*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA CHERRY EDWARDS, | CASE NO.: 2:18-cv-01072-JCM-NJK |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINES [SECOND REQUEST]** |
| STEPHEN ANTHONY LATTIMER, Individually; STURGEON ELECTRIC COMPANY, INC., a foreign corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive; | **REQUEST FOR EMERGENCY RELIEF** |
| Defendants. | |

Plaintiff BRENDA CHERRY EDWARDS, by and through her counsel of record, the law firm MAINOR WIRTH, LLP, hereby moves to extend the discovery plan and scheduling order in this case on an emergency basis.

## I.

## INTRODUCTION AND PROCEDURAL BACKGROUND

This action arises from a motor vehicle accident on January 16, 2016. Plaintiff was facing northbound on a private driveway of the shopping center "Rancho sierra Center" located at 4440

1   Rancho Dr. She was at a complete stop and waiting until it was clear for her to exit the parking

2   lot. Defendant, STEPHEN ANTHONY LATTIMER, while in the course and scope of his

3   employment with STURGEON ELECTRIC COMPANY, INC., was traveling eastbound on

4   Torrey Pines. He proceeded to execute a right turn into the Rancho Sierra Center, but his turn so

5   wide and at such a fast rate of speed that he collided with the side of Plaintiff's vehicle.

6   Defendant's negligence caused significant bodily injury to Plaintiff.

7           Plaintiff filed her Complaint on January 12, 2018. Once the case was removed from state

8   court, a Joint Discovery Plan and Scheduling Order was entered on July 17, 2018. (Dkt. 14). The

9   parties then submitted their first Stipulation to Enlarge Discovery Plan and Scheduling Order.

10  (Dkt. 17). This Order extended the initial expert deadline to January 14, 2019. *Id.*

11          On December 13, 2018, undersigned counsel learned that Plaintiff had been admitted to

12  the ER with extreme lower back pain and difficulty walking. The ER doctor advised Plaintiff to

13  return to her primary surgeon, Dr. Jason Garber, and remain on bed rest until Dr. Garber could

14  evaluate her. The ER doctor believed that she may require surgery. Plaintiff met with Dr. Garber

15  on December 14, 2018. He recommended an MRI and CAT scan that is scheduled to take place

16  on January 25, 2018. *See* expert report from Jason Garber, M.D. attached hereto as **Exhibit 1**. In

17  the report, Dr. Garber states: "Further recommendations will be forthcoming based upon the

18  information obtained in the recent imaging studies." *Id.* Undersigned is in the process of

19  collecting the relevant medical records.

20          As of December 13, 2018, the parties were working to schedule the depositions of

21  Plaintiff and Defendant LATTIMER for early 2019, as well as obtaining Plaintiff's medical

22  records—both past and present. *See* correspondence attached hereto at **Exhibit 2**. Since the initial

23  expert deadline was quickly approaching and Plaintiff's prognosis had become more complicated,

24  the parties agreed to extend the discovery deadlines by 90 days. They submitted their second

25  Stipulation and Order to Enlarge Discovery Plan and Scheduling Order on December 21, 2018.

26  (Dkt. 19).

27          Unfortunately, the stipulation did not detail Plaintiff's medical condition in sufficient

28

detail, so that United States Magistrate Judge Nancy Koppe denied the parties' stipulation. (Dkt. 20). In light of the initial expert deadline of January 14, 2019, Plaintiff submits this emergency motion to enlarge the discovery plan by 90 days based on Plaintiff's worsening medical condition.

## II.

### DISCOVERY COMPLETED TO DATE

To date, Plaintiff has produced the following discovery:

- Plaintiff's Disclosure of Witnesses and Production of Documents Pursuant to FRCP 26(a)(1), served July 25, 2018

- Plaintiff's Answers to Defendant Sturgeon Electric Company, Inc.'s First Set of Interrogatories, served September 12, 2018

- Plaintiff's Response to Defendant Sturgeon Electric Company, Inc.'s First Set of Requests for Production of Documents, served September 12, 2018

- Plaintiff presented for an FRCP 35 Examination on December 12, 2018

- Plaintiff's First Set of Requests for Admission to Defendant Stephen Anthony Lattimer, served December 7, 2018

- Plaintiff's First Set of Interrogatories to Defendant Stephen Anthony Lattimer, served December 7, 2018

- Plaintiff's First Set of Requests for Production to Defendant Stephen Anthony Lattimer, served December 7, 2018

- Plaintiff's First Set of Interrogatories to Defendant Sturgeon Electric Company, Inc., served December 7, 2018

To date, Defendants have produced the following discovery:

- Defendants Stephen Anthony Lattimer and Sturgeon Electric Company, Inc.'s Initial Disclosures of Witnesses and Documents Pursuant to FRCP 26(a)(1) and Local Rule 26-1, served October 9, 2018

- Defendants Stephen Anthony Lattimer and Sturgeon Electric Company, Inc.'s First Supplement to Initial Disclosures of Witnesses and Documents Pursuant to FRCP

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

26(a)(1) and Local Rule 26-1, served October 12, 2018

2 • Defendant Stephen Anthony Lattimer's Responses to Plaintiff's First Set of

3 Requests for Admissions, served December 18, 2018

4 **III.**

5 <u>**DISCOVERY THAT REMAINS TO BE COMPLETED**</u>

6 1. Deposition of Plaintiff (**being scheduled February 12 or 13, 2019**)

7 2. Out-of-State Deposition of Defendant Stephen Anthony Lattimer, (**scheduled for**

8 **February 5, 2019 in Portland, Oregon**).

9 3. Out-of-State Deposition of FRCP 30(b)(6) Representative for Defendant Sturgeon

10 Electric Co (**topics provided to Defendants on January 11, 2019 and being**

11 **scheduled in February 2019**).

12 4. Deposition of Rodney Bolin

13 5. Custodian of Records Depositions for Plaintiff's prior medical history:

14     a. Healthcare Partners of Nevada
    b. Western Regional Center for Brain and Spine Surgery
15     c. Southwest Medical Associates
    d. Desert Springs Hospital
16     e. Quest Diagnostics
17     f. Summerlin Hospital
    g. Surgical Weight Control Center
18     h. Valley Hospital
    i. LMC Pathology Services
19     j. Suhattai Gammerdsiri, M.D.
    k. Gastroenterology Associates
20     l. Brian A. Berelowitz, M.D.
21     m. Valley Endocrinology
    n. Avencia Medical Center
22     o. The Hand & Wrist Center
    p. Las Vegas Skin and Cancer Clinics

23 6. Production of expert reports (**Plaintiff intends to submit an initial report from Dr.**

24 **Garber by January 14, 2018; however, his opinions are largely dependent on**

25 **additional imaging studies in light of her worsening medical condition.**)

26 7. Additional written discovery

27

28

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd. Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

8. The parties will take the depositions of any other witnesses identified through discovery.

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to conduct discovery, particularly with regard to Plaintiff's medical condition and the damages related thereto.

## IV.

### REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED

Recently counsel met and conferred regarding an extension of time to complete the remaining discovery in this case as outlined above. Counsel for the respective parties agreed to extend the deadlines by 90 days to allot sufficient time to gather additional medical records with regard to Plaintiff's worsening medical condition.

Plaintiff continues to receive ongoing medical treatment in connection with the subject accident and the parties are working diligently to obtain the ongoing treatment records and billing. Moreover, Plaintiff has a long standing medical history with prior surgical treatment to the body parts which are at issue in the instant matter. Counsel for the parties are in the process of obtaining copies of Plaintiff's extensive medical history which needs to be reviewed by the parties' respective medical experts prior to the completion of their initial reports, and Plaintiff has agreed to give Defendants an extension to disclose any Rule 35 examination reports.

Counsel for the parties are also diligently working to take the out-of-state depositions of Defendant Stephen Anthony Lattimer, as well as the FRCP 30(b)(6) deposition of Defendant Sturgeon Electric Company, Inc. Liability does not appear to be at issue, although these depositions will help determine the necessity of liability experts.

## V.

### PROPOSED REVISED DISCOVERY SCHEDULE

Plaintiff's request for extension of discovery complies with Local Rule 6-1 and 26-4 and should be granted. Plaintiff requests an extension, based on good cause, for the aforementioned

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

1    reasons. The parties agreed that additional time was necessary to evaluate Plaintiff's ongoing

2    medical treatment, gather additional medical records, and hire medical experts that can opine to

3    causation and damages in this case. The parties are also working to take the depositions of out-of-

4    state witnesses.

5         The following is a list of the current discovery deadlines and the parties' proposed

6    extended deadlines.

| | | |
|---|---|---|
| Discovery Cut-Off: | 3/14/2019 | 6/12/2019 |
| Amendments to Pleadings: | 12/13/2019 | Closed |
| Initial Expert Disclosures: | 1/14/2019 | 4/15/2019 |
| Interim Status Report: | 1/14/2019 | 4/15/2019 |
| Rebuttal Expert Disclosures: | 2/12/2019 | 5/13/2019 |
| Dispositive Motions: | 4/15/2019 | 7/15/2019 |
| Joint Pretrial Order: | 5/14/2019 | 8/12/2019 |

14         This Request for an extension of time is not sought for any improper purpose or other

15    purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient

16    time to conduct discovery in this multi-party case and adequately prepare their respective cases

17    for trial.

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28

This is the second request for an extension of time in this matter. The Plaintiff respectfully submits that the reasons set forth above constitute compelling reasons and good cause for the short extension.

DATED this  11  day of January, 2019.

**MAINOR WIRTH, LLP**

*/s/ Bradley S. Mainor*
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
ASH MARIE GANIER, ESQ.
Nevada Bar No. 14712
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

## ORDER

IT IS SO ORDERED.

DATED this 14th  day of January, 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**