UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRENDA CHERRY EDWARDS, | Case No. 2:18-CV-1072 JCM (NJK) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| STEPHEN ANTHONY LATTIMER, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Edwards v. Lattimer et al.*, case number 2:18-cv-01072-JCM-NJK. On March 4, 2020, the parties filed a notice of settlement. (ECF No. 41). The parties represent that they "have reached a settlement as to all claims made by all parties to the litigation" and that they will "submit a formal stipulation to dismiss the matter in its entirety with prejudice" after the settlement documents are formalized. *Id.*

In light of the parties' settlement, the court denies defendants' pending motion to strike (ECF No. 26), Magistrate Judge Koppe's report and recommendation (ECF No. 39), and plaintiff's objection (ECF No. 40) without prejudice as moot.

Calendar call is set for April 29, 2020, to prepare for the May 4, 2020, trial date. (ECF No. 37). The court instructs the parties to file their stipulation of dismissal or a stipulation to continue the trial date on or before April 22, 2020.

Accordingly,

IT IS SO ORDERED.

DATED March 11, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**