1

2

3

4        UNITED STATES DISTRICT COURT

5            DISTRICT OF NEVADA

6                  * * *

7    BRENDA CHERRY EDWARDS,                Case No. 2:18-CV-1072 JCM (NJK)

8                      Plaintiff(s),              ORDER

9          v.

10   STEPHEN ANTHONY LATTIMER, et al.,

11                    Defendant(s).

12

13        Presently before the court is the matter of *Edwards v. Lattimer et al.*, case number 2:18-

14   cv-01072-JCM-NJK.  On March 4, 2020, the parties filed a notice of settlement.  (ECF No. 41).

15   The parties represent that they "have reached a settlement as to all claims made by all parties to

16   the litigation" and that they will "submit a formal stipulation to dismiss the matter in its entirety

17   with prejudice" after the settlement documents are formalized.  *Id.*

18        In light of the parties' settlement, the court denied defendants' pending motion to strike

19   (ECF No. 26), Magistrate Judge Koppe's report and recommendation (ECF No. 39), and

20   plaintiff's objection (ECF No. 40) without prejudice as moot.  (ECF No. 42).  The court also

21   instructed parties to file their stipulation of dismissal or a stipulation to continue the trial date on

22   or before April 22, 2020, because calendar call is set for April 29, 2020, to prepare for the May

23   4, 2020, trial date.  (ECF Nos. 37; 42).

24        Nonetheless, the parties have not filed a stipulation of dismissal or a stipulation to

25   continue the trial date.  The court instructs the parties to do so by noon on Monday, April 27,

26   2020.

27   . . .

28

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS SO ORDERED.

3    DATED April 24, 2020.

4    _____

5    UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -