JOSH COLE AICKLEN
Nevada Bar No. 007254
E-Mail: Josh.Aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
E-Mail: Stephen.Titzer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
STEPHEN ANTHONY LATTIMER and
STURGEON ELECTRIC COMPANY, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA CHERRY EDWARDS, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> STEPHEN ANTHONY LATTIMER, Individually; STURGEON ELECTRIC COMPANY, INC., a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through XX, inclusive, <br><br> Defendants. | CASE NO.:  2:18-cv-01072-JCM-NJK |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS STEPHEN ANTHONY LATTIMER AND STURGEON ELECTRIC COMPANY, INC.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through their respective counsel, that Plaintiff's Complaint be dismissed with prejudice against Defendants STEPHEN ANTHONY LATTIMER and STURGEON ELECTRIC COMPANY, INC. ("Defendants"), with each party to bear their own costs and attorney's fees; and

4852-9265-9385.1

Edwards v. Lattimer, et al.
Case No. 2:18-cv-01072-JCM-NJK

**IT IS FURTHER STIPULATED AND AGREED** that there is no jury trial currently scheduled in this matter.

DATED this __27__ day of April, 2020.

MAINOR WIRTH, LLP

/s/ Ash Ganier
ASH GANIER
Nevada Bar No. 014712
6018 S. Fort Apache Road, Suite 150
Las Vegas, NV 89148
Telephone:  702-464-5000
Attorneys for Plaintiff
BRENDA CHERRY EDWARDS

DATED this __27__ day of April, 2020.

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Josh Cole Aicklen
JOSH COLE AICKLEN
Nevada Bar No. 007254
STEPHEN L. TITZER
Nevada Bar No. 008289
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
Attorneys for Defendants
STEPHEN ANTHONY LATTIMER and
STURGEON ELECTRIC COMPANY, INC.

**ORDER**

"IT IS SO ORDERED.

DATED: April 27, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE